IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNARDO GARCIA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-566-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Bernardo Garcia's motion pursuant to 28 U.S.C. § 2255.


By: *[signature]* Figui Kanele, Deputy Clerk          9-24-12
    Peter Oppeneer, Clerk of Court                Date